**Olanrewaju Olayinka AJAYI, also known as Michael George, Petitioner,**

v.

**John ASHCROFT, U.S. Attorney General, Respondent.**

No. 03–60726.
Summary Calendar

United States Court of Appeals, Fifth Circuit.

DECIDED: June 10, 2004.

Michael Morrone, Bloomington, IN, for Petitioner.

Thomas Ward Hussey, Director, Anthony W. Norwood, US Department of Justice, Office of Immigration Litigation, Nelda C. Ackerman, US Department of Justice, Washington, DC, Caryl G. Thompson, US Immigration & Naturalization Service, District Directors Office, New Orleans, LA, for Respondent.

John Ashcroft, US Department of Justice, Washington, DC, pro se.

Before SMITH, DUHÉ, and WIENER, Circuit Judges.

PER CURIAM:[1]

Olanrewaju Olayinka Ajayi petitions for review of an order of the Board of Immigration Appeals (BIA) affirming the decision of the immigration judge's denial of asylum, withholding of deportation, and denial of protection under the Convention Against Torture.

Ajayi contends that this court must remand for further consideration of allegedly-unaddressed legal claims in light of *INS v. Ventura*, 537 U.S. 12, 16–17, 123 S.Ct. 353, 154 L.Ed.2d 272 (2002). However, as Ajayi has not presented any evidence suggesting that both the immigration judge and the BIA failed to apprehend his arguments, the petition for review is DENIED.

---

1. Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

